UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| DAVID P. RICHARDS,<br><br>　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　Defendant. | No. 08-0689 JC<br><br>**JUDGMENT** |

　　In accordance with the parties' stipulation to reopen this case for the purpose of entering a dismissal and the Court's order to reopen and dismiss case, IT IS HEREBY ADJUDGED that this case is dismissed without prejudice, with each party to bear its own costs and fees, including attorney fees.

DATED:　　August 24, 2011

　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　HONORABLE JACQUELINE CHOOLJIAN
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-